

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID EDWARD SAUCEDO II and MARIANA TERRAZAS SAUCEDO, Individually and on Behalf of I.S., a Minor Child, | § | |
| | § | No. 08-22-00047-CV |
| | § | Appeal from the |
| Appellants, | § | |
| | § | 243rd Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| EL PASO CHILDREN'S HOSPITAL CORPORATION, ROBERTO CANALES, M.D., and RODOLFO FIERRO-STEVENS, M.D., | § | (TC# 2020-DCV-2549) |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed in part and affirmed in part and remanded. We dismiss the appeal in part regarding the challenges raised by Appellants against the Privilege Order and the special exceptions on the basis that the Court lacks interlocutory jurisdiction. We affirm in part the trial court's Amended Redaction Order to the extent of our interlocutory jurisdiction, and remand to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Appellees recover from Appellants' all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 24TH DAY OF APRIL, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.